IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAYMOND WALL,<br><br>　　　　*Plaintiff*,<br><br>　v.<br><br>CONTINENTAL KRAFT CORPORATION, *et al.*,<br><br>　　　　*Defendants*. | CIVIL ACTION<br>NO. 15-04838 |

## ORDER

**AND NOW**, this 18th day of July, 2016, upon consideration of Defendants' Motion to Dismiss (ECF No. 12), Plaintiff Raymond Wall's ("Wall") Response (ECF No. 19), Defendants' Reply (ECF No. 20), Wall's Sur-Reply (ECF No. 23) and Second Sur-Reply (ECF No. 34), and oral argument heard on June 1, 2016 (ECF No. 31), it is hereby **ORDERED** that Defendants' Motion to Dismiss is **DENIED**.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　　　　***/s/ Gerald J. Pappert***
　　　　　　　　　　　　　　　　　　　　　　　GERALD J. PAPPERT, J.

1